WILLIAM C. LAST, JR. (083588)
FREDERICK J. NORTHROP (142614)
LAST & FAORO
120 North El Camino Real
San Mateo, California 94401
Telephone: (650) 696-8350
Facsimile:  (650) 696-8365

Attorney for: Joe Wang d/b/a Joe Wang Carpet & Flooring

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel JOE WANG d/b/a JOE WANG CARPET & FLOORING, and JOE WANG d/b/a JOE WANG CARPET & FLOORING<br><br>Plaintiff,<br><br>vs.<br><br>CAL INC., JW TERRILL, and DOES 1-20<br><br>Defendants | NO. C-06-5648-MJJ<br><br>REQUEST FOR DISMISSAL OF J.W. TERRILL |

Plaintiff dismisses defendant JW TERRILL from the complaint, without prejudice.

November 6, 2006                              LAST & FAORO

                                              _____
                                              Frederick J. Northrop
                                              Attorneys for Joe Wang

**IT IS SO ORDERED**

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

_____
DATE

**DISMISSAL OF J.W. TERRILL**

-1-