

**HARDY
ERICH
BROWN
&
WILSON**
A Professional Law Corporation
Established in 1967

L. Thomas Wagner
David L. Perrault
John Quincy Brown, III
L. Kent Wyatt
Richard L. Alley
John P. Rhode
Douglas L. Smith
Kelly F. Watson
Anders R. Morrison
Cameron L. Cobden
Elizabeth A. Dankof
Calisse M. Courtney
Robert E. Osmundson

Of Counsel:
Cavan Hardy
Norwood R. Erich
John Quincy Brown, Jr.
William A. Wilson
Anthony D. Osmundson
Richard M. Cunha

December 14, 2006

Honorable Martin J. Jenkins
United States District Court
    Northern District
450 Golden Gate Avenue
Courtroom No. 11, 19th Floor
San Francisco, CA 94102

Re: USA v. CAL INC.
    Case No.: C 06-05648 MJJ

Dear Judge Jenkins:

Counsel for Defendants respectfully requests to be permitted to appear by telephone at the Initial Case Management Conference in the above-entitled matter scheduled for December 19, 2006, at 2:00 p.m.

The court is respectfully requested to notify this office of approval/disapproval of this request as soon as possible.

Very truly yours,

**HARDY ERICH BROWN & WILSON**
A Professional Law Corporation

Douglas L. Smith
email dsmith@hebw.com

DLS:mg
cc: Frederick J. Northrop, Attorney for Plaintiff

---

APPROVED____ x - granted *

DISAPPROVED_____

Dated: 12/14/2006

Honorable Martin J. Jenkins

1000 G Street, 2nd Floor
Sacramento, CA 95814
Mailing Address:
P.O. Box 13530
Sacramento, CA 95853-4530
Phone 916 449-3800
Fax No. 916 449-3888

* PLEASE CONTACT THE COURT @ (415) 522-2123 FOR FURTHER INSTRUCTIONS.

G:\HOME\CLIENT\7665\00004\MLG0275.WPD