UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | No. C06-5648 MJJ (BZ) |
| ) | |
| v. ) | **NOTICE SETTING** |
| ) | **STATUS CONFERENCE** |
| CAL INC., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

**PLEASE TAKE NOTICE** that a Status Conference is scheduled for **Monday, January 22, 2007, at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any party desiring to supplement the Case Management Statement previously filed in this case may do so in writing no later than seven (7) days prior to the Status Conference.

Dated: December 20, 2006

_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\USA V. CAL INC\STATCON.ORD.wpd

1