# SMITH & ASSOCIATES, INC.

———————— Attorneys at Law ————————

Tel: (916) 966-5973                                    7803 Madison Avenue, Suite 710
Fax: (916) 966-9607                                 Citrus Heights, California 95610-7695

June 25, 2007

Magistrate Judge James Larson
United States District Court
        Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re:    United States of America, ex rel., et al. v. CAL INC, et al.
       Case No.:  C 06-5648 BZ (JL)

Dear Judge Larson:

This will confirm that all parties have agreed to move the Mandatory Settlement Conference currently schedule for August 10, 2007 to **August 1, 2007** at **2:00 p.m.**

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Douglas L. Smith

DLS:mg
cc:    Frederick J. Northrop, Esq. – Via Facsimile 650-696-8365

IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA