UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) <br> ) <br> Plaintiff(s),     ) <br> ) <br> v.     ) <br> ) <br> CAL INC.,     ) <br> ) <br> Defendant(s).     ) <br> ) <br> _____ ) | No. C06-5648 BZ <br><br> **ORDER OF CONDITIONAL DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: August 2, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\USA V. CAL INC\ORDER.COND.DISMISSAL.wpd

1